# IN THE COMMON PLEAS COURT OF CLERMONT COUNTY, OHIO

JOSH HARRISON                    :
6681 State Route 132             :
Goshen, Ohio 45122               :
                                 :
    and          :    Case No.
                                 :      2022 CVH 00722 JUDGE HADDAD
BROOKLYN HARRISON                :    Judge
6681 State Route 132             :
Goshen, Ohio 45122,              :
                                 :
    Plaintiffs,  :    JURY DEMAND
                                 :    ENDORSED HEREON
  v.                       :
                                 :
ALLSTATE VEHICLE AND             :
PROPERTY INSURANCE COMPANY       :
2775 Sanders Drive               :
Northbrook, Illinois 60062,      :
                                 :
    Defendant.   :

## COMPLAINT

Now come the Plaintiffs, by and through counsel, and for their claims against the Defendant, state as follows:

## PARTIES, JURISDICTION, AND FACTS

1.    Plaintiffs, Josh Harrison and Brooklyn Harrison, are the owners of the real property located at 6681 State Route 132, Goshen, Clermont County, Ohio 45122.

2.    At all times relevant herein the Defendant, Allstate Vehicle and Property Insurance Company is an insurance company licensed to conduct business in the State of Ohio and which provided a policy of homes owners insurance to the Plaintiffs covering their home located at 6681 State Route 132, Goshen, Clermont County, Ohio policy number 992 638 335.

A copy of the policy information is attached hereto as Exhibit A. The Plaintiffs do not have an actual copy of the policy as the Defendant never provided the Plaintiffs with the complete policy.

3.    On or about July 6, 2022, a storm event and tornado passed through Plaintiffs' property causing significant damage to the Plaintiffs' home. Plaintiffs roof was destroyed, the interior of the home was substantially damaged as was Plaintiffs' personal property. As a result of the storm damage, Plaintiffs and their family were displaced from the home and are now living in their camper.

4.    Plaintiffs made a claim with their insurance carrier Defendant Allstate Vehicle and Property Insurance Company as a result of the July 6, 2022, storm. The claim was assigned claim number 0676186695. The Defendant wrongfully denied the claim.

5.    The total cost to repair the roof and the interior of the home as well as compensate the Plaintiffs for all of their damages which includes damages to their real property, personal property, and living expenses is in excess of $25,000.00 in an amount to be proven at trial.

## FIRST CLAIM
## BREACH OF CONTRACT

6.    Plaintiffs hereby incorporate the first five paragraphs of the Complaint by reference as if fully rewritten herein.

7.    There is a valid and existing insurance agreement between the Plaintiffs and the Defendant.

8.    Plaintiffs did everything that was required to do under the contract including paying policy premiums.

9.    Defendant has denied payment of the claim. The denial was unreasonable and without proper justification.

10.     The Defendant's denial of this claim demonstrates failure or refusal to discharge a known and obvious contractual responsibility and was prompted by a conscious and deliberate act which frustrated an agreed upon purpose of the policy thereby depriving Plaintiffs of the bargained for benefits under the policy.

11.     The actions of the Defendant Allstate Vehicle and Property Insurance Company as described herein constitutes a breach of contract.

12.     As a direct and proximate result of the Defendant's breach of contract Plaintiffs have sustained damages in excess of $25,000.00 in an amount to be proven at trial.

## SECOND CLAIM
## DECLARATORY JUDGMENT

13.     Plaintiffs hereby incorporate the first 14 paragraphs of the Complaint by reference as if fully rewritten herein.

14.     Based upon the terms and conditions of the insurance policy, the Defendant was required to pay for the damages sustained by the Plaintiffs as a result of the storm and tornado damage that destroyed their home and has displaced them.

15.     Pursuant to Ohio Revised Code §2721.01 et seq., Plaintiffs state that there is a controversy that exists between the Plaintiffs and the Defendant. The Plaintiffs are entitled to the Declaration of the right, duties, and obligations of the Defendant Allstate Vehicle and Property Insurance Company, arising under the terms and conditions of the policy and under Ohio Law.

16.     Plaintiffs are entitled to a Declaration that the Defendant's policy provides coverage for the damages they have sustained as described herein.

3

## THIRD CLAIM
## BAD FAITH

17.     Plaintiffs restate as if fully rewritten herein each of the allegations contained within paragraphs 1 through 16 so as to sustain the cause of action in Count Three.

18.     The actions of the Defendant in denying the Plaintiffs' claim for the damages the Plaintiffs sustained as a result of the storm and tornado was done without reasonable justification pursuant to the policy of insurance and in violation of Ohio Law.

19.     As a direct and proximate result of the Defendant's bad faith, Plaintiffs have incurred damages in excess of $25,000.00 in an amount to be proven atrial including punitive damages and attorney's fees as the Defendant's actions in denying this claim entitles the Plaintiffs to punitive damages and attorney's fees.

**WHEREFORE,** the Plaintiffs, Josh Harrison and Brooklyn Harrison, hereby demand judgment against the Defendant, Allstate Vehicle and Property Insurance Company for an amount in excess of $25,000, along with his costs herein, prejudgment interest pursuant to R.C. §1343.03(a), punitive damages, attorney fees, and such further relief to which he may be reasonably entitled.

Respectfully submitted,

Jeffrey T. Kenney                    (0051807)
Cooper & Elliott, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (facsimile)
jeffk@cooperelliott.com

Attorney for Plaintiffs
Josh and Brooklyn Harrison

4

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury.

_____