IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSH HARRISON and
BROOKLYN HARRISON

Case No.: 1:22-cv-00505-SJD

Plaintiffs,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

**AGREED ENTRY OF DISMISSAL
WITH PREJUDICE**

Defendant.

As all claims against and between the parties have been amicably resolved, it is hereby ordered that this matter be dismissed in its entirety, with prejudice. The parties shall be responsible for their respective attorney's fees. Ordinary court costs to be paid by the Defendant.

_____
Judge Susan Dlott

/s/Jeffrey T. Kenney (per approval)
Jeffrey T. Kenney (0051807)
Cooper & Elliott, LLC
305 West Nationwide Blvd.
Columbus, Ohio 43215
Phone: 614-481-6000
Fax: 614-481-6001
jeffk@cooperelliott.com
*Attorney for Plaintiffs*

/s/Thomas F. Glassman
Thomas F. Glassman (0061466)
Patricia J. Trombetta (0005451)
Bonezzi Switzer Polito & Hupp Co., LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone: 513-345-5502
Fax: 513-345-5510
tglassman@bsphlaw.com
ptrombetta@bsphlaw.com
*Attorneys for Defendant, Allstate Vehicle and
Property Insurance Company*